# United States Bankruptcy Court

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Alamo Iron Works, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): 74-0477610 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>943 AT&T Center Parkway<br>San Antonio, Texas<br>ZIP CODE 78219 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Bexar | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (Includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☒ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                    Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer   ☒ Debts are<br>     debts, defined in 11 U.S.C.            primarily<br>     § 101(8) as "incurred by an          business debts.<br>     individual primarily for a<br>     personal, family, or house-<br>     hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>----<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS<br>FOR COURT USE<br>ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>ALAMO IRON WORKS, INC. | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br><br>☒   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s) (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐   Yes, and Exhibit C is attached and made a part of this petition.
☒   No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                           _____
                           (Name of landlord that obtained judgment)

                           _____
                           (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>ALAMO IRON WORKS, INC. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
  David S. Gragg
Printed Name of Attorney for Debtor(s)
  Langley & Banack, Inc.
Firm Name
  745 E. Mulberry, Suite 900
Address
  San Antonio, Texas  78212

Telephone Number   (210) 736-6600
  4/5/10
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
  Anthony H. Koch
Printed Name of Authorized Individual
  President and Chief Executive Officer
Title of Authorized Individual
  April 5, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

#

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: Alamo Iron Works, Inc.    CASE NO

CHAPTER 11

# EXHIBIT "A" TO VOLUNTARY PETITION

| 1. Debtor's employer identification number is __74-0477610__ . |||
|---|---|---|
| 2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is __n/a__ . |||
| 3. The following financial data is the latest available information and refers to the debtor's condition on __2/26/2010__ . |||
| a. Total Assets | $18,103,458.00 ||
| b. Total Liabilities | $19,394,895.00 ||
| **Secured debt** | Amounts | Approximate number of holders |
| Fixed, liquidated secured debt | | |
| Contingent secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | Amounts | Approximate number of holders |
| Fixed, liquidated unsecured debt | $923,824.00 | 700 |
| Contingent unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | Amounts | Approximate number of holders |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 5000 | 10 |
| *Comments, if any* |||
| 4. Brief description of debtor's business:<br>*Industrial Supply/Distribution* |||

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Alamo Iron Works, Inc.**　　　　　　　　　　　　CASE NO

CHAPTER　**11**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

    Anthony H. Koch

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

    N/A

I, **Anthony H. Koch**, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **04/05/2010**　　　　　　　　　Signature: _/s/ Anthony H. Koch_
　　　　　　　　　　　　　　　　　　　　*Anthony H. Koch*
　　　　　　　　　　　　　　　　　　　　**President**

In re : Alamo Iron Works, Inc.         ,        Case No. _____
Debtor

## LIST OF EQUITY SECURITY HOLDERS

| REGISTERED NAME OF HOLDER | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Alamo Industrial Group, Inc. | Common Stock | 1,000 shares | 100% |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the __President__ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership), of __Alamo Iron Works, Inc.__ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Alamo Iron Works, Inc.

DATE: April 5, 2010                    BY: _____
                                       Printed Name: Anthony H. Koch
                                       Title: President and Chief Executive Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: §
§
**Alamo Iron Works, Inc.** § CASE NO.
§
**DEBTOR** §
§

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| NUCOR STEEL - JEWETT - NSTX<br>ACCT# - 43003<br>P.O.BOX 840697<br>DALLAS, TX 75284-0697 | Debbie Wood<br>(903) 626-6208 | Trade Debt | | $609,044.73 |
| JDM STEEL SERVICES, INC.<br># 4630 P.O. BOX 87618<br>CHICAGO, IL 60680 | Jim Barnthouse<br>(708) 371-1300 | Trade Debt | | $362,169.31 |
| GERDAU AMERISTEEL<br>4278 SOLUTIONS CENTER<br>BOX 774278<br>CHICAGO, IL 60677-4002 | Heather Swartzlander<br>(813) 676-2673 | Trade Debt | | $273,498.87 |
| MERFISH PIPE & SUPPLY<br>P.O. BOX 4346, DEPT 421<br>HOUSTON, TX 77210-4346 | Julie Jacobson<br>1211 Kress St.<br>Houston, TX 77020 | Trade Debt | | $207,771.37 |
| JSR, INC.<br>P.O. BOX 870<br>SCHERTZ, TX 78154 | Credit Manager<br>(210) 653-7772 | Trade Debt | | $193,916.52 |

In Re: Alamo Iron Works, Inc., Debtor                                         Case No.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| SYLVIA S. ROMO, CPA,RTA BEXAR COUNTY ASSESSOR COLLECTOR OF TAXES SAN ANTONIO, TX 78283-3950 | (210) 335-2251 | Property Taxes | | $173,731.27 |
| COOPER GROUP TOOLS AFFILIATED DISTRIBUTORS - TRUS ATTN: NANCY RIGGS # 9300000004 APEX, NC 27502-0728 | Miriam Simmons (770) 4486-4870 | Trade Debt | | $132,586.95 |
| GARDNER LAW FIRM 745 E. MULBERRY AVE. STE 500 SAN ANTONIO, TX 78212-3154 | (210) 733-8191 | Trade Debt | | $124,173.52 |
| RANGER STEEL P.O.BOX 4346, DEPT.451 HOUSTON, TX 77210-4346 | Diana (713) 980-7388 | Trade Debt | | $108,751.97 |
| SOUTHWEST GALVANIZING INC. P.O. BOX 3108 DEPT CODE 704 HOUSTON, TX 77253-3108 | Allison Hernandez (713) 671-7909 | Trade Debt | | $108,717.38 |
| SAMSON ROPE TECHNOLOGIES DEPT. 2350 P.O. BOX 122350 DALLAS, TX 75312-2350 | Ron Humbert (360) 384-2869 | Trade Debt | | $89,128.56 |
| BLACK & DECKER (U.S.) INC AFFILIATED DISTRIBUTORS - TRUS ATTN:KARENBATH TW005M TOWSON, MD 21286 | Karen Bath (410) 847-6527 | Trade Debt | | $78,855.48 |

In Re: Alamo Iron Works, Inc., Debtor                                        Case No.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| FIRST STEEL SOURCE LLC<br>27210 ROBINSON ROAD<br>CONROE, TX 7738 | Richard Sombrano<br>27210 Robinson Rd.<br>Conroe, TX 77385<br>(281) 419-8900 | Trade Debt | | $76,059.38 |
| AMSCO STEEL COMPANY<br>P.O. BOX 678425<br>DALLAS, TX 75267-8425 | Carolyn Null<br>(817) 926-3355 | Trade Debt | | $67,228.45 |
| RUST-OLEUM CORPORATION<br>AFFILIATED DISTRIBUTORS - TRUS<br>ATTN: ACCOUNTS RECEIVABLE<br>VERNON HILLS, IL 44193 | Rita Magnani<br>(847) 816-2352 | Trade Debt | | $66,277.83 |
| DANAHER TOOL GROUP<br>AFFILIATED DISTRIBUTORS - TRUS<br>ACCT# - 843010<br>HUNT VALLEY, ND 21031 | Ruthan Waggoner<br>(410) 773-7955 | Trade Debt | | $65,583.70 |
| STANLEY VIDMAR<br>BOX 371744<br>PITTSBURGH, PA 15251-7744 | Rick Marino<br>11 Grammes Rd.<br>Allentown, PA 18103<br>(610) 776-3818 | Trade Debt | | $65,426.02 |
| PATRIOT ERECTORS, INC.<br>3023 HWY 290 WEST<br>DRIPPING SPRINGS, TX 7862 | Darrell Krueger<br>(512) 858-9100 | Trade Debt | | $60,000.00 |
| EVRAZ ROCKY MOUNTAIL STEEL<br>ACCT# - 1031<br>P.O.BOX 952412<br>ST. LOUIS, MO 63195 | Jon Kinnischtzke<br>Cheryl Trimble<br>(888) 453-8297 | Trade Debt | | $59,085.31 |
| DIVERSIFIED BRANDS/SHERWIN<br>AFFILIATED DISTRIBUTORS - TRUS<br>WILLIAMS/KRYLON PRODUCTS GROUP<br>CLEVELAND, OH 44101-1399 | Credit Manager<br>(216) 515-8712 | Trade Debt | | $58,096.40 |

In Re: Alamo Iron Works, Inc., Debtor                                                                                             Case No.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| AMES TRUE TEMPER<br>AFFILIATED DISTRIBUTORS - TRUS<br>PITTSBURGH, PA 15251-0460 | Lorie Harper<br>(304) 424-3382 | Trade Debt | | $57,614.90 |

(12/07)

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: Alamo Iron Works, Inc.  Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 04/05/2010    Signature: _Anthony H. Koch_
Anthony H. Koch
President

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Alamo Iron Works, Inc.**

CASE NO

CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  04/05/2010

Signature _____
*Anthony H. Koch*
*President*

Date _____

Signature _____