# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 CASE |
| | § | |
| ALAMO IRON WORKS, INC. | § | CASE NO. 10-51269-rbk |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys below are appearing on behalf of PNC Bank, National Association. The undersigned request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the attorneys at the following office addresses and telephone numbers:

Carol E. Jendrzey
Cox Smith Matthews Incorporated
112 East Pecan Street, Ste. 1800
San Antonio, Texas 78205-1521
(210) 554-5558
(210) 226-8385 (Fax)
cejendrz@coxsmith.com

Richard A. Aguilar
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(504) 596-2884
(504) 596-2878 (Fax)
raguilar@mcglinchey.com

Brad J. Axelrod
McGlinchey Stafford, PLLC
301 Main Street
One American Place, 14th Floor
Baton Rouge, LA 70825
(225) 382-3648
(225) 343-3076 (Fax)
baxelrod@mcglinchey.com

2934501.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

DATED: April 5, 2010

                        Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By: */s/ Carol E. Jendrzey*
    Carol E. Jendrzey
    State Bar No. 10617420

And

MCGLINCHEY STAFFORD, PLLC
Richard A. Aguilar
LA State Bar No. 17439
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(504) 596-2884
(504) 596-2878 (Fax)

MCGLINCHEY STAFFORD, PLLC
Brad J. Axelrod
LA State Bar No. 24286
301 Main Street
One American Place, 14th Floor
Baton Rouge, LA 70825
(225) 382-3648
(225) 343-3076 (Fax)

**ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION**

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 5th day of April, 2010, a true and correct copy of the above and foregoing *Notice of Appearance and Demand for Service of Papers* was served by United States first class mail on the parties listed below:

David S. Gragg
Langley & Banack, Inc.
Trinity Plaza II
745 E. Mulberry, Suite 900
San Antonio, TX  78212

U.S. Trustee
615 E. Houston St., Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

                 */s/ Carol E. Jendrzey*
                 Carol E. Jendrzey