EXHIBIT "A"

## General Assumptions

a. The beginning A/R and Inventory balances are from the borrowing base as of 4/2/10.

b. Certain expenditures assume that certain First Day Motions are approved by the Court for payment. These include, but are not limited to payroll, taxes and critical vendors.

c. Sales are assumed to increase due to an increase in inventory availability. This is contrary to conventional assumptions that upon bankruptcy customer are hesitant to order from a bankrupt company. This conventional assumption is offset by the fact that the company has only been able to fill between 85% and 90% of its orders due to a lack of inventory. The proposed DIP facility allows for additional availability to purchase inventory and therefore actually slightly increase sales.

d. Critical vendor and prepetition check clearing depend upon approval of the Court.

e. Beginning Debt for Week 1 includes the prepetition draw on the revolver on 4/5/10. Cash on hand is used to fund operations before drawing on the DIP.

## Cash Receipts Assumptions

a. Projected collections are assumed to be collected based upon a % of the A/R balance less than 90 days outstanding. The initial collection % is set at approximately 23%.

b. The 363 sale is assumed to be consummated during the week of June 11, 2010.

c. Collection of the outstanding balance of A/R will continue after the 363 sale for a 5% fee.

## Disbursement Assumptions:

a. Additional inventory purchases of $200,000 per week is scheduled for weeks 2, 3 and 4.

b. Expenses are based upon the average payments for the last 4 weeks. Expenditures are based on a check written/book value basis

c. DIP fees of $150,000 are estimated to paid $50,000 upon filing and $100,000 at maturity. Interest rate is assumed to be Base Rate of 3.25% plus 3.5%. A $53,000 monthly collateral fee and a 2.0% unused commitment fee.

d. Prepetition sales taxes due from prior year audit are paid prior to filing.

e. A professional fee carve-out is assumed to be escrowed by PNC on an accrual basis.

**THIS IS A SUMMARY OF INFORMATION AVAILABLE AS OF 3/26/10. THIS PRESENTATION INCLUDES FORECASTS, PROJECTIONS AND OTHER PREDICTIVE INFORMATION THAT REPRESENTS ASSUMPTIONS AND EXPECTATIONS IN LIGHT OF CURRENTLY AVAILABLE INFORMATION. THIS PRESENTATION IS BASED UPON CURRENT TRENDS AND CIRCUMSTANCES INVOLVING CUSTOMERS, VENDORS, EMPLOYEES AND OTHER THIRD PARTIES, AND THEY INVOLVE RISKS, VARIABLES AND UNCERTANTIES. THE ACTUAL RESULTS MAY DIFFER FROM THOSE PRESENTED HEREIN. CONSEQUENTLY, NO GUARANTEE OR ASSURANCE IS PRESENTED OR IMPLIED AS TO THE ACCURACY OF SPECIFIC FORECASTS, PROJECTIONS OR PREDICTIVE INFORMATION CONTAINED HEREIN.**

# AMO IRON WORKS & SOUTHWEST WHOLESALE SUPPLY
## Cash Flow Summary
### $ Thousands

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending Date | 9-Apr | 16-Apr | 23-Apr | 30-Apr | 7-May | 14-May | 21-May | 28-May | 4-Jun | 11-Jun | 18-Jun | 25-Jun | 2-Jul | 9-Jul | 16-Jul | 23-Jul | 30-Jul | 6-Aug |
| **Cash Receipts:** | | | | | | | | | | | | | | | | | | |
| A/R Collections | 1,138 | 1,105 | 1,123 | 1,117 | 1,134 | 1,128 | 1,154 | 1,143 | 1,161 | 1,148 | 1,151 | 889 | 687 | 530 | 409 | 316 | 244 | |
| Sale of Assets | - | - | - | - | - | - | - | - | - | 8,000 | - | - | - | - | - | - | - | |
| Additional Inventory on Closing | - | - | - | - | - | - | - | - | - | 500 | - | - | - | - | - | - | - | |
| **Total Receipts** | 1,138 | 1,105 | 1,123 | 1,117 | 1,134 | 1,128 | 1,154 | 1,143 | 1,161 | 9,648 | 1,151 | 889 | 687 | 530 | 409 | 316 | 244 | |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| Inventory Purchases | 918 | 1,001 | 1,024 | 781 | 780 | 784 | 778 | 785 | 778 | 771 | - | - | - | - | - | - | - | |
| Payroll - weekly inc taxes | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | - | - | - | - | - | - | |
| Payroll - biweekly inc taxes | - | 201 | - | 184 | - | 201 | - | 184 | - | 201 | - | - | - | - | - | - | - | |
| Payroll - benefits | 24 | 4 | 108 | 14 | 67 | 17 | 11 | 14 | 67 | 4 | 101 | - | - | - | - | - | - | |
| Utilities | - | 21 | 29 | - | - | - | 29 | - | - | 29 | 11 | - | - | - | - | - | - | |
| Insurance | - | - | - | 27 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Property & Franchise Tax | - | - | - | - | - | 81 | - | - | - | 294 | - | - | - | - | - | - | - | |
| Sales taxes | - | 86 | - | - | - | - | - | - | - | 70 | - | - | - | - | - | - | - | |
| Other operating expenses | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | - | - | - | - | - | - | |
| Representment of checks of court approved items | - | 50 | 225 | 225 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Critical vendor payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Other / A/R collection fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Operating Disbursements** | 1,068 | 1,489 | 1,512 | 1,330 | 1,000 | 1,209 | 944 | 1,109 | 998 | 1,496 | 296 | 44 | 121 | 34 | 27 | 20 | 16 | 12 |
| **Non-Operating Disbursements:** | | | | | | | | | | | | | | | | | | |
| Professional fees | 85 | 61 | 55 | 53 | 42 | 42 | 42 | 42 | 42 | 42 | 2 | - | 32 | - | 109 | - | 205 | 13 |
| Adequate Protection & DIP Fees & Int. 6.75% | 144 | 2 | 2 | 2 | 64 | 2 | 2 | 2 | 67 | 2 | 2 | - | - | - | - | - | - | |
| Term loan principal payments | - | - | - | - | 30 | - | - | - | 30 | - | - | - | - | - | - | - | - | |
| Debt & capital lease payments | 9 | - | - | 2 | - | - | - | 1 | 1 | - | - | - | - | - | - | - | - | |
| US Trustee & filing fees | 5 | - | - | 13 | - | 9 | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Non-Operating Disbursements** | 243 | 63 | 57 | 70 | 136 | 53 | 44 | 45 | 140 | 45 | 4 | - | 32 | - | 109 | - | 205 | 13 |
| Contingency / float | - | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| **Total Cash Disbursements** | 1,311 | 1,557 | 1,574 | 1,405 | 1,141 | 1,267 | 993 | 1,159 | 1,143 | 1,546 | 305 | 49 | 158 | 32 | 134 | 20 | 226 | 16 |
| **Cash Flow** | (173) | (452) | (450) | (288) | (7) | (139) | 161 | (17) | 19 | 8,102 | 846 | 840 | 529 | 498 | 276 | 90 | 214 | 12 |
| **Cumulative Cash Flow** | (173) | (624) | (1,075) | (1,363) | (1,370) | (1,509) | (1,348) | (1,365) | (1,346) | 6,756 | 7,603 | 8,443 | 8,972 | 9,470 | 9,745 | 9,835 | 10,049 | 10,2 |
| **Loan Facilities:** | | | | | | | | | | | | | | | | | | |
| Revolver Loan/DIP Facility | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 5,056 | 4,621 | 5,072 | 5,523 | 5,811 | 5,818 | 5,957 | 5,796 | 5,813 | 5,794 | 2,572 | 1,726 | 885 | 357 | (142) | (417) | (507) | (7 |
| Less Collections | (1,138) | (1,105) | (1,123) | (1,117) | (1,134) | (1,128) | (1,154) | (1,143) | (1,161) | (4,768) | (1,151) | (889) | (687) | (530) | (409) | (316) | (244) | (1 |
| Plus Draw for Disbursements | 703 | 1,557 | 1,574 | 1,405 | 1,141 | 1,267 | 993 | 1,159 | 1,143 | 1,546 | 305 | 49 | 158 | 32 | 134 | 226 | 30 | |
| **Ending Balance** | 4,621 | 5,072 | 5,523 | 5,811 | 5,818 | 5,957 | 5,796 | 5,813 | 5,794 | 2,572 | 1,726 | 885 | 357 | (142) | (417) | (507) | (721) | (8 |
| **Term Loan** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 4,940 | 4,940 | 4,940 | 4,940 | 4,940 | 4,910 | 4,910 | 4,910 | 4,910 | 4,880 | - | - | - | - | - | - | - | |
| Less Payments | - | - | - | - | (30) | - | - | - | (30) | (4,880) | - | - | - | - | - | - | - | |
| **Ending Balance** | 4,940 | 4,940 | 4,940 | 4,940 | 4,910 | 4,910 | 4,910 | 4,910 | 4,880 | - | - | - | - | - | - | - | - | |
| **Total Debt** | 9,561 | 10,012 | 10,463 | 10,751 | 10,728 | 10,867 | 10,706 | 10,723 | 10,674 | 2,572 | 1,726 | 885 | 357 | - | - | - | - | - |
| **Beginning Cash** | 608 | 1,557 | 1,574 | 1,405 | 1,141 | 1,267 | 993 | 1,159 | 1,143 | 1,546 | | | | | | | | |
| Draws | 703 | | | | | | | | | | | | | | | | | |
| Disbursements | (1,311) | (1,557) | (1,574) | (1,405) | (1,141) | (1,267) | (993) | (1,159) | (1,143) | (1,546) | | | | | | | | |
| **Ending Cash** | - | - | - | - | - | - | - | - | - | - | | | | | | | | |
| **Availability:** | | | | | | | | | | | | | | | | | | |
| A/R Collateral | 3,770 | 3,804 | 3,795 | 3,843 | 3,834 | 3,907 | 3,888 | 3,936 | 3,908 | 4,104 | 3,148 | 2,410 | 1,840 | 1,400 | 1,060 | 798 | 595 | 4 |
| Inventory Collateral | 2,216 | 2,335 | 2,471 | 2,460 | 2,448 | 2,436 | 2,424 | 2,412 | 2,400 | - | - | - | - | - | - | - | - | |
| Total Borrowing Base Collateral | 5,986 | 6,139 | 6,267 | 6,303 | 6,282 | 6,343 | 6,312 | 6,348 | 6,308 | 4,104 | 3,148 | 2,410 | 1,840 | 1,400 | 1,060 | 798 | 595 | 4 |
| Available Block | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Available** | 5,986 | 6,139 | 6,267 | 6,303 | 6,282 | 6,343 | 6,312 | 6,348 | 6,308 | 4,104 | 3,148 | 2,410 | 1,840 | 1,400 | 1,060 | 798 | 595 | 4 |
| Revolver (LIBOR & Base Rate) | (4,621) | (5,072) | (5,523) | (5,811) | (5,818) | (5,957) | (5,796) | (5,813) | (5,794) | (2,572) | (1,726) | (885) | (357) | (142) | (417) | - | - | |
| **Calculated Net Available** | 1,366 | 1,067 | 744 | 492 | 464 | 386 | 516 | 535 | 513 | 1,532 | 1,422 | 1,524 | 1,484 | 1,400 | 1,060 | 507 | 721 | 8 |

**MO IRON WORKS & SOUTHWEST WHOLESALE SUPPLY**
Cash Flow - Detail - Sales, A/R
$ Thousands

| Week | Estimated | Estimated | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending Date | 26-Mar | 2-Apr | 9-Apr | 16-Apr | 23-Apr | 30-Apr | 7-May | 14-May | 21-May | 28-May | 4-Jun | 11-Jun | 18-Jun | 25-Jun | 2-Jul | 9-Jul | 16-Jul | 23-Jul | 30-Jul | 6-Aug |

**SALES**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supply - Barry | $ 388 | $ 339 | $ 445 | $ 545 | $ 545 | $ 545 | $ 545 | $ 545 | $ 545 | $ 545 | $ 545 | $ 545 | | | | | | | | |
| SSC - Barry | 250 | 252 | 250 | 260 | 250 | 260 | 250 | 260 | 250 | 260 | 250 | 260 | | | | | | | | |
| SSG Govt, Contractors, Sply & SSC - Rudy | 50 | 50 | 103 | 103 | 103 | 103 | 111 | 107 | 109 | 108 | 109 | 108 | | | | | | | | |
| SWS - Diversity | 50 | 75 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | | | | | | | | |
| SWS - Industrial & Regular Resellers | 31 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | | | | | | | | |
| Fab Contract - Backlog | 90 | 66 | | 80 | | 90 | | 130 | | 110 | | 50 | | | | | | | | |
| Fab Contract - budgeted sales not on backlog | 28 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | 32 | | | | | | | | |
| Fab Labor | 11 | | | | | | | | | | | | | | | | | | | |
| Rebar Contract - Backlog | | | | | | | | | | | | | | | | | | | | |
| Rebar Contract - net to budget | 22 | 51 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | | | | | | | | |
| Rebar Labor | | | | | | | | | | | | | | | | | | | | |
| Sales tax at average rate all sales | 20 | 18 | 21 | 21 | 21 | 21 | 23 | 26 | 23 | 26 | 23 | 24 | | | | | | | | |
| **Total Sales** | **940** | **919** | **994** | **1,184** | **1,094** | **1,194** | **1,105** | **1,244** | **1,103** | **1,225** | **1,103** | **1,164** | | | | | | | | |
| Advance Rate | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% | 83% |
| | 2.15% 780 | 763 | 825 | 983 | 908 | 991 | 917 | 1,032 | 916 | 1,016 | 915 | 966 | - | - | - | - | - | - | - | - |

**ACCOUNTS RECEIVABLE ROLLFORWARD**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIW & SWS A/R Beg of Week | $ 6,964 | $ 6,803 | $ 6,582 | $ 6,438 | $ 6,518 | $ 6,489 | $ 6,566 | $ 6,537 | $ 6,653 | $ 6,602 | $ 6,684 | $ 6,625 | $ 6,641 | $ 5,490 | $ 4,600 | $ 3,914 | $ 3,384 | $ 2,974 | $ 2,658 | $ 2,414 |
| Sales | 940 | 919 | 994 | 1,184 | 1,094 | 1,194 | 1,105 | 1,244 | 1,103 | 1,225 | 1,103 | 1,164 | | | | | | | | |
| Collections Posted by Credit | (1,101) | (1,140) | (1,138) | (1,105) | (1,123) | (1,117) | (1,134) | (1,128) | (1,154) | (1,143) | (1,161) | (1,148) | (1,151) | (889) | (687) | (530) | (409) | (316) | (244) | (188) |
| Adjustments / Asset Sales | | | | | | | | | | | | | | | | | | | | |
| AIW & SWS A/R End of Week | $ 6,803 | $ 6,582 | $ 6,438 | $ 6,518 | $ 6,489 | $ 6,566 | $ 6,537 | $ 6,653 | $ 6,602 | $ 6,684 | $ 6,625 | $ 6,641 | $ 5,490 | $ 4,600 | $ 3,914 | $ 3,384 | $ 2,974 | $ 2,658 | $ 2,414 | $ 2,226 |
| Collections as % of less than 90 beginning A/R | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% | 22.8% |

**ACCOUNTS RECEIVABLE AGINGS**

AIW Accounts Receivable End of Week

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current | $ 3,134 | $ 2,904 | $ 2,760 | $ 2,895 | $ 2,814 | $ 2,923 | $ 2,852 | $ 2,996 | $ 2,889 | $ 3,012 | $ 2,905 | $ 2,963 | $ 1,789 | $ 1,356 | $ 838 | $ 509 | $ 227 | $ 21 | $ (143) | $ (268) |
| 31-60 days | 1,220 | 1,129 | 1,129 | 1,073 | 1,126 | 1,094 | 1,136 | 1,109 | 1,165 | 1,123 | 1,171 | 1,130 | 1,152 | 695 | 527 | 326 | 198 | 88 | 8 | (56) |
| 61-75 days | 78 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 | 226 |
| 76-90 days | 133 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 |
| over 90 days | 1,516 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 | 1,586 |
| contention | 15 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| **Total AIW A/R** | **6,096** | **5,968** | **5,824** | **5,904** | **5,875** | **5,952** | **5,923** | **6,039** | **5,988** | **6,070** | **6,011** | **6,027** | **4,876** | **3,986** | **3,300** | **2,770** | **2,360** | **2,044** | **1,800** | **1,612** |

SWS Accounts Receivable End of Week

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current | 473 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 | 360 |
| 31-60 days | 203 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 | 193 |
| 61-75 days | 7 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 |
| 76-90 days | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| over 90 days | 21 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| contention | | | | | | | | | | | | | | | | | | | | |
| **Total SWS A/R** | **707** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** | **614** |
| **Total A/R** | $ 6,803 | $ 6,582 | $ 6,438 | $ 6,518 | $ 6,489 | $ 6,566 | $ 6,537 | $ 6,653 | $ 6,602 | $ 6,684 | $ 6,625 | $ 6,641 | $ 5,490 | $ 4,600 | $ 3,914 | $ 3,384 | $ 2,974 | $ 2,658 | $ 2,414 | $ 2,226 |

ALAMO IRON WORKS & SOUTHWEST WHOLESALE SUPPLY
Cash Flow - Detail - Professional Fees
$ Thousands

DRAFT FOR DISCUSSION PURPOSES ONLY

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending Date | 9-Apr | 16-Apr | 23-Apr | 30-Apr | 7-May | 14-May | 21-May | 28-May | 4-Jun | 11-Jun | 18-Jun | 25-Jun | 2-Jul | 9-Jul | 16-Jul | 23-Jul | 30-Jul | 6-Aug | 1 to 18 |
| **Professional Fees & Expenses** | | | | | | | | | | | | | | | | | | | |
| Professional fees - Debtor BDO inc. FINRA | $ 45 | $ 31 | $ 31 | $ 31 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 258 |
| Professional fees - Debtor LB | 40 | 25 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | - | - | - | - | - | - | - | - | 225 |
| Professional fees - Creditors Committee | - | 5 | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | - | - | - | - | - | - | - | 25 |
| Other | | | | | | | | | | | | | | | | | | | |
| **Professional Fees - Carve-Out** | $ 85 | $ 61 | $ 55 | $ 53 | $ 42 | $ 42 | $ 42 | $ 42 | $ 42 | $ 42 | $ 2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 508 |
| **Professional fees - Lender** | $ 40 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ 2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 60 |
| **Total Professional Fees** | $ 125 | $ 63 | $ 57 | $ 55 | $ 44 | $ 44 | $ 44 | $ 44 | $ 44 | $ 44 | $ 4 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 568 |